# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0331. DAVID LEE HAWKINS v. JENNIFER MARIE HAWKINS.**

On October 16, 2017, the trial court entered a final divorce decree. The trial court entered a subsequent order on November 6, 2017, to correct a scrivener's error in the divorce decree. On February 7, 2018, David Lee Hawkins filed this application for discretionary appeal, seeking to challenge the underlying divorce decree. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 114 days after entry of the divorce decree and 93 days after the order correcting the scrivener's error, it is untimely. We thus lack jurisdiction to consider the application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  02/27/2018
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*